IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr187-MHT |
| | ) | (WO) |
| **KAITLIN MICHELLE FERGUSON** | ) | |

### ORDER

Defendant Kaitlin Michelle Ferguson having pled guilty to the first charge (cocaine use) in the revocation petition (doc. no. 37) and having been found not guilty of the second charge (firearm possession) in the petition, it is ORDERED that the sentencing shall resume on June 9, 2016, at 11:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that, by no later than June 7, 2016, the parties are to file a joint report that addresses the two sentencing issues raised by the

court: (1) the stabilization of defendant Ferguson's medications and (2) arrangements for defendant Ferguson's weekly counseling.

DONE, this the 25th day of May, 2016.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE