IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )     CRIMINAL ACTION NO.
    v.                       )        2:12cr187-MHT
                             )            (WO)
KAITLIN MICHELLE FERGUSON    )
```

JUDGMENT

Defendant Kaitlin Michelle Ferguson having pled guilty to the first charge (cocaine use) in the revocation petition (doc. no. 37) and having been found not guilty of the second charge (firearm possession) in the petition, and based on representations and evidence presented at hearings held on May 24 and June 9, 2016, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) Defendant Kaitlin Michelle Ferguson is guilty of the first charge (cocaine use) in the revocation petition (doc. no. 37).

(2) Defendant Ferguson is not guilty of the second charge (firearm possession) in the petition.

(3) Defendant Ferguson shall see a mental-health counselor at least once every two weeks. She shall contribute to the cost of any treatment based on her ability to pay and the availability of third-party payments.

(4) Defendant Ferguson is to take the medication prescribed by her mental-health professionals.

(5) Because it appears that defendant Ferguson fails to take her medication as required; that she has difficulty getting her medication dosages adjusted as needed; and that she has some intellectual disability, defendant Ferguson's supervising probation officer is to report to the court, on or before the first Mondays of September 2016 and January 2017, whether (after conferring with defendant Ferguson, with defense counsel, and with the mental-health officials treating defendant Ferguson) it appears to the supervising probation officer's best knowledge that she is taking

her medication and that her medication dosages are appropriate.

(6) Because defendant Ferguson is pregnant, she shall attend a parenting program. She shall contribute to the cost of any program based on her ability to pay and the availability of third-party payments. The court recommends that her boyfriend attend the program with her.

(7) Pursuant to 18 U.S.C. § 3583(d), the fact that defendant Ferguson is receiving increased mental-health counseling for her drug addiction warrants an "exception" to 18 U.S.C. § 3583(g)(4)'s mandatory revocation for those defendants who had tested positive for drug use more than three times in one year. Defendant Ferguson's probation is therefore not revoked.

DONE, this the 20th day of June, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE